AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DUSHKO VULCHEV | ) | Case No.  21-MJ-3084-KAR |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 13, 15, and 28, 2020  in the county of  Hampden  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 247(c), (d)(3) | Damage to Religious Property |
| 18 U.S.C. Section 844(h)(1) | Use of Fire to Commit a Federal Felony |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Casey Anderson, Federal Bureau of Investigation

☑ Continued on the attached sheet.

Signed electronically with authorization from
FBI Special Agent Casey Anderson on April 15, 2021.

/s/ Casey Anderson
*Complainant's signature*

Casey Anderson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/15/2021

/s/ Katherine A. Robertson
*Judge's signature*

City and state:   Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on April 15, 2021.