UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                            )<br>)<br>DUSHKO VULCHEV,                    )<br>)<br>        Defendant.                        )<br>) | Case No. 21-MJ-____3084_____-KAR |

**CERTIFICATE OF THE PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL**

I, Pamela S. Karlan, hereby certify that in my judgment, prosecution by the United States of Dushko Vulchev for violations of Title 18, United States Code, Section 247(c) is in the public interest and necessary to secure substantial justice. This certificate is made pursuant to Title 18, United States Code, Section 247(e).

Signed this 22nd day of March, 2021.

_____
Pamela S. Karlan
Principal Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice