UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>DUSHKO VULCHEV,       )<br>)<br>Defendant    ) | Case No. 21-MJ-____3084____-KAR |

**GOVERNMENT'S MOTION FOR DETENTION HEARING FOR DUSHKO VULCHEV**

The United States moves for pretrial detention of the defendant Dushko Vulchev, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves (check all that apply):

    __X__   Crime of violence under 18 U.S.C. Section 3156 (18 U.S.C. § 3142(f)(1)(A))

    _____   Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

    _____   10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

    _____   Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

    _____   Felony involving minor victim, possession or use of a firearm, or failure to register as a sex offender (18 U.S.C. § 3142(f)(1)(E))

    __X__   Serious risk defendant will flee (18 U.S.C. § 3142(e)(1))

    _____   Serious risk of obstruction of justice  (18 U.S.C. § 3142(e)(1))

2. <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

_____   At first appearance

__X__   After continuance of 3 days (not more than 3)

4. <u>Witnesses</u>.  The United States intends to rely on the Affidavit of Federal Bureau of Investigation ("FBI") Special Agent Casey Anderson in Support of Criminal Complaint and/or call as a witness a Special Agent from FBI or the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    ACTING UNITED STATES ATTORNEY

By:   */s/ Deepika Bains Shukla*
    DEEPIKA BAINS SHUKLA
    MA BBO 706735
    Assistant United States Attorney
    300 State Street, Suite 230
    Springfield, MA 01105
    413-785-0237
    deepika.shukla@usdoj.gov

                PAMELA S. KARLAN
                PRINCIPAL DEPUTY ASSISTANT ATTORNEY
                GENERAL
                CIVIL RIGHTS DIVISION

By:    */s/ Kyle Boynton*
                KYLE BOYNTON
                VA Bar Number 92123
                Trial Attorney
                Civil Rights Division
                U.S. Department of Justice
                950 Pennsylvania Ave., NW
                Washington, DC 20530
                202-598-0449
                kyle.boynton@usdoj.gov


Dated:  April 15, 2021