AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-MJ-3084 |
| DUSHKO VULCHEV | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 04/22/2021

/s/ Kyle Boynton
*Attorney's signature*

Kyle Boynton, Virginia 92123
*Printed name and bar number*

U.S. Department of Justice
150 M St, NE, Room 7.923
Washington, DC 20530

*Address*

kyle.boynton@usdoj.gov
*E-mail address*

(202) 598-0449
*Telephone number*

*FAX number*