

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts  01105-2926

May 20, 2021

FILED ON ECF WITHOUT ENCLOSURES
Via USAfx

Timothy G. Watkins, Esq.
Sandra Gant, Esq.
Assistant Federal Public Defenders
District of Massachusetts
Western Massachusetts Satellite Office
116 Pleasant Street, Suite 430
Easthampton, MA 01027

   RE: <u>United States v. Dushko Vulchev</u>
      Crim. No. 21-MJ-3084-KAR

Dear Counsel:

  Please find enclosed additional initial discovery in the above-captioned case labeled with Bates numbers VULCHEV-001237 through VULCHEV-02509.  I am also sending you via e-mail a word-searchable log.

  Please do not hesitate to contact me with any questions.

           Very truly yours,

           NATHANIEL R. MENDELL
           Acting United States Attorney

       By: */s/ Deepika Bains Shukla*
          Deepika Bains Shukla
          Assistant U.S. Attorney

Enclosures