

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105-2926*

September 16, 2021

FILED ON ECF WITHOUT ENCLOSURES
Via USAfx

Timothy G. Watkins, Esq.
Sandra Gant, Esq.
Assistant Federal Public Defenders
District of Massachusetts
Western Massachusetts Satellite Office
116 Pleasant Street, Suite 430
Easthampton, MA 01027

      RE: <u>United States v. Dushko Vulchev</u>
           Crim. No. 21-MJ-3084-KAR

Dear Counsel:

    Please find enclosed additional initial discovery in the above-captioned case labeled with Bates number VULCHEV-02664. I am also sending you via e-mail a word-searchable log.

    Please do not hesitate to contact me with any questions.

                                      Very truly yours,

                                      NATHANIEL R. MENDELL
                                      Acting United States Attorney

              By:    <u>/s/ Deepika Bains Shukla</u>
                        Deepika Bains Shukla
                        Assistant U.S. Attorney

Enclosures